# United States District Court

Northern District of New York

# CIVIL JUDGMENT

PATRICIA COLEMAN HERBERT

*Plaintiff*

VS.                    5:06-CV-848 (FJS) (GHL)

SYRACUSE NEW YORK WELFARE OFFICE; SHERIFF SHERMAN DYESS; ANITA ROSS; LT. HENRY; SGT. SABRINA THOMAS; WEST PALM BEACH COUNTY JAIL; BELLE GLADE COUNTY JAIL; FLORIDA PRISON TRANSPORT VANS; PLICE HIGHTOWER; and BETTY DAWKINS

*Defendants'*

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the action is hereby dismissed for plaintiff's failure to comply with the Court's Order dated September 25, 2006.

All of the above pursuant to the Order of the Honorable Frederick J. Scullin, Jr., dated the 25th day of September, 2006.

| | |
|---|---|
| JANUARY 25, 2007 | LAWRENCE K. BAERMAN |
| _____ | _____ |
| DATE | CLERK OF COURT |
| | s/ |
| | _____ |
| | JOANNE BLESKOSKI |
| | DEPUTY CLERK |